UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| KASSIE MAHER, | No.: 6:24-cv-00636-SB |
| Plaintiff, | |
| | ORDER FOR EAJA FEES |
| v. | |
| COMMISSIONER,<br>SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

 Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and 28 U.S.C. § 1920, it is hereby ordered that EAJA attorney's fees in the amount of $5,867.87 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

 If it is determined that Plaintiff's EAJA fees and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and costs shall be made payable to attorney Robyn M. Rebers, based upon Plaintiff's assignment of these amounts to her attorney. If it is determined that Plaintiff has debt subject to the Treasury Offset Program, then the check for the remaining funds after offset of the debt shall be made

payable to Plaintiff. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Robyn Rebers, at P.O. Box 3530, Wilsonville, Oregon 97070

  IT IS SO ORDERED.

DATED this 7th day of March, 2025.

*Stacie F. Beckerman*

HON. STACIE F. BECKERMAN
United States Magistrate Judge